IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY, | 1:12-cv-00569-SKO (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | (Doc. 2) |
| PAM AHLIN, et al., | |
| Defendants. | |
| _____/ | |

　　　　Plaintiff Kenneth R. Huskey, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2012. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

**Dated:   April 16, 2012**　　　　　　　　　　　／s/ **Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1