# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY, | CASE NO. 1:12-cv-00569-SKO PC |
| Plaintiff, | ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF, WITHOUT PREJUDICE |
| v. | |
| PAM AHLIN, et al., | (Docs. 10 and 16) |
| Defendants. | |

Plaintiff Kenneth R. Huskey, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2012. This action is proceeding against Defendants Ahlin, Brown, Craig, Wagoner, Lintz, Rogers, and Young for failing to ensure that Plaintiff's medical needs were met, in violation of the Due Process Clause of the Fourteenth Amendment. Plaintiff's claim arises out his need for cotton clothing due an allergy to wool and polyester.

On January 7, 2013, Plaintiff filed a motion seeking an order authorizing him to purchase all-cotton clothing and on May 6, 2013, Plaintiff filed a motion requesting the issuance of an order directing the replacement or return of the all-cotton clothing which was lost, stolen, or confiscated from Plaintiff.

"A preliminary injunction is an extraordinary remedy never awarded as of right." *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 24, 129 S.Ct. 365, 376 (2008) (citation omitted). "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the

balance of equities tips in his favor, and that an injunction is in the public interest." *Id.* at 20 (citations omitted). An injunction may only be awarded upon a *clear showing* that the plaintiff is entitled to relief. *Id.* at 22 (citation omitted) (emphasis added).

However, as an initial matter, "a court has *no* power to adjudicate a personal claim or obligation unless it has jurisdiction over the person of the defendant." *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 110, 89 S.Ct. 1562 (1969) (emphasis added); *S.E.C. v. Ross*, 504 F.3d 1130, 1138-39 (9th Cir. 2007). In this case, no defendant has yet made an appearance; the United States Marshal is still attempting to either obtain waivers of service or personally serve the named defendants, which will then trigger their obligation to file a response to the complaint. Whatever merit there might otherwise be to Plaintiff's requests for a preliminary injunction, at this juncture the Court lacks personal jurisdiction over the defendants and it cannot issue an order requiring them to take any action. *Zenith Radio Corp.*, 395 U.S. at 110; *Ross*, 504 F.3d at 1138-39.

Accordingly, Plaintiff's motions for preliminary injunctive relief are HEREBY ORDERED DENIED, without prejudice to renewal once the defendants have made an appearance in this action.

IT IS SO ORDERED.

**Dated:   June 4, 2013**                              /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE