# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY,<br><br>       Plaintiff,<br><br>   v.<br><br>PAM AHLIN, et al.,<br><br>       Defendants.<br>_____/ | Case No.  1:12-cv-00569-AWI-SKO PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(Doc. 23) |

Plaintiff Kenneth R. Huskey, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2012. On August 9, 2013, Defendants Wagoner, Lintz, and Rogers filed a motion to dismiss. Fed. R. Civ. P. 12. Plaintiff has not filed a response.

Accordingly, pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within **twenty-one (21) days**. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **October 3, 2013**            **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE