# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY,<br><br>            Plaintiff,<br><br>     v.<br><br>PAM AHLIN, et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:12-cv-00569-AWI-SKO PC<br><br>ORDER DIRECTING DEFENDANTS AHLIN, BROWN, CRAIG, AND YOUNG TO RESPOND TO PLAINTIFF'S MOTIONS WITHIN SIXTY DAYS<br><br>(Docs. 27 and 28) |

Plaintiff Kenneth R. Huskey, a civil detainee proceeding pro se in this civil rights action, filed two motions seeking preliminary injunctive relief on October 21, 2013, and October 24, 2013.  The deadline for Defendants Ahlin, Brown, Craig, and Young to file a response to Plaintiff's complaint is March 4, 2014.

Accordingly, Defendants Ahlin, Brown, Craig, and Young are HEREBY DIRECTED to file a response to Plaintiff's motions for preliminary injunctive relief within **sixty (60) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 31, 2014**                              /s/ Sheila K. Oberto
                                                                          UNITED STATES MAGISTRATE JUDGE