# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY,<br><br>    Plaintiff,<br><br>  v.<br><br>PAM AHLIN, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:12-cv-00569-AWI-SKO PC<br><br>ORDER DENYING MOTIONS FOR CLARIFICATION RE SERVICE AS MOOT<br><br>(Docs. 35 and 36) |

On January 27, 2014, Plaintiff Kenneth R. Huskey filed two motions requesting clarification regarding service of process on Defendants Ahlin, Brown, Craig, and Young by the United States Marshal's Office ("USM"). Plaintiff is entitled to rely on the USM for service of process because he is proceeding in forma pauperis. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). In this case, Defendants Ahlin, Brown, Craig, and Young now have counsel, and their response to Plaintiff's complaint is due on or before March 4, 2014.[1] (Doc. 37.) Accordingly, Plaintiff's motions for clarification are HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **January 31, 2014**   /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court recognizes that the lapse in time between the initial order directing service and Defendant Ahlin's motion for an extension of time likely caused Plaintiff some confusion, but he may be assured that the USM and the Court have been communicating regarding the status of service in this case.