# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY,<br><br>           Plaintiff,<br><br>      v.<br><br>PAM AHLIN, et al.,<br><br>           Defendants.<br>_____/ | Case No.  1:12-cv-00569-AWI-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF, GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS, AND REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(Docs. 27, 28, 45, 52, and 53) |

Plaintiff Kenneth R. Huskey ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2012. This action is proceeding against Defendants Ahlin, Brown, Craig, and Young ("Defendants") for failing to ensure that Plaintiff's medical needs were addressed, in violation of the Due Process Clause of the Fourteenth Amendment of the United States Constitution. Plaintiff's claim arises out of his conditions of confinement at Coalinga State Hospital in Coalinga, California, where he is a patient.

On July 11, 2014, the Magistrate Judge filed two Findings and Recommendations which addressed Plaintiff's motions for preliminary injunctive relief and Defendants' motion to dismiss. Defendants did not file an Objection and Plaintiff filed a statement of non-opposition to the Findings and Recommendations. Local Rule 304(b), (d).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on July 11, 2014, are adopted in full;
2. Plaintiff's motions for preliminary injunctive relief, filed on October 21, 2013, and October 24, 2013, are DENIED;
3. Defendants' motion to dismiss, filed on March 4, 2014, is GRANTED in part and DENIED in part as follows:
    a. Defendants' motion to dismiss Plaintiff's claims arising from the failure to provide him with all-cotton clothing for failure to state a claim is GRANTED, with prejudice as to Plaintiff's t-shirt claim and any claim arising from ill-fitting clothing but without prejudice as to any claim arising from the non-provision of other medically necessary clothing items;
    b. Defendants' motion to dismiss Plaintiff's pre-April 12, 2010, claims as barred by the statute of limitation is DENIED, without prejudice;
    c. Defendants' motion to dismiss Plaintiff's official capacity claims for damages is GRANTED, with prejudice;
    d. Defendants' motion to dismiss Plaintiff's claim for relief in the form of punitive damages is DENIED; and
    e. Defendants' motion to dismiss based on qualified immunity is DENIED, without prejudice;
4. With the exception of all-cotton t-shirts and any ill-fitting clothing, Plaintiff is granted leave to file an amended complaint clarifying the bases for his substantive due process claims against Defendants Ahlin, Brown, Craig, and Young arising out of the failure to provide him with medically necessary all-cotton clothing;
5. Plaintiff's amended complaint is due within **thirty (30) days** from the date of service of this order, and it shall not exceed **twenty-five (25) pages**, excluding

1       exhibits; and

2    6.   The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   August 13, 2014                               _____
                                                       SENIOR DISTRICT JUDGE

3