# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:12-cv-00569-AWI-SKO (PC)<br><br>ORDER RELIEVING DEFENDANTS OF OBLIGATION TO FILE RESPONSE TO AMENDED COMPLAINT PENDING FURTHER ORDER AND DENYING MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(Doc. 57) |

　　　　Plaintiff Kenneth R. Huskey, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2012.  On August 13, 2014, the Court granted Defendants Ahlin, Brown, Craig, and Young's motion to dismiss, dismissed Plaintiff's claims arising from the failure to provide all-cotton t-shirts and any ill-fitting clothing with prejudice, and dismissed Plaintiff's remaining substantive due process claims regarding medically necessary clothing with leave to amend.  Fed. R. Civ. P. 12(b)(6).  Plaintiff filed an amended complaint on September 15, 2014, and on October 1, 2014, Defendants filed a motion seeking an extension of time to file a response to Plaintiff's amended complaint.  Fed. R. Civ. P. 15(a)(3).

///
///
///

1  In light of the statutory screening directive, Defendants are relieved of their obligation to file a response to Plaintiff's amended complaint pending further order, and their motion for an extension of time is HEREBY DENIED as moot.  28 U.S.C. § 1915(e)(2); Fed. R. Civ. P. 15(a)(3).  Plaintiff's amended complaint will be screened in due course.  28 U.S.C. § 1915(e)(2).

IT IS SO ORDERED.

Dated:   **October 2, 2014**                    **/s/ Sheila K. Oberto**
                                                               UNITED STATES MAGISTRATE JUDGE